## No. 10,175.

## THE ARKANSAS VALLEY SUGAR BEET AND IRRIGATED LAND CO. v. LUBERS, ET AL.

Decided January 8, 1923.

Proceeding in contempt.   Judgment of dismissal.

*Affirmed.*

1. CONTEMPT—*Void Decree.*  A party who ignores or refuses to follow the directions of a void decree, is not guilty of contempt.

*Error to the District Court of Bent County, Hon. A. C. McChesney, Judge.*

Mr. JAMES GRAFTON ROGERS, Mr. CHARLES R. ENOS, for plaintiff in error.

Mr. H. L. LUBERS, Mr. GRANBY HILLYER, for defendants in error.

*En banc.*

MR. JUSTICE CAMPBELL delivered the opinion of the court.

THIS is a proceeding in contempt against the defendants, three stockholders of the Fort Lyon Canal Company, for their refusal to obey the provision of a certain decree rendered by the district court of Prowers county, Colorado, requiring them, in nominating and voting for directors, to observe the provisions of that decree, which is contrary to the way which our statute provides.

This is a companion to *People, ex rel. v. Burke,* No. 10174, an ouster case, decided at this term and reported in 72 Colo. 486, 212 Pac. 837, in which this decree, which it is said the defendants defied, was held void *per se.* The two cases were argued here as one case.   The decision in the ouster case controls the decision here, since a party who ignores or refuses to follow the directions of a void decree, is not guilty of contempt.

The judgment of the district court, which reached the same conclusion, is accordingly affirmed.

MR. CHIEF JUSTICE SCOTT, MR. JUSTICE ALLEN and MR. JUSTICE WHITFORD concur in the opinion. MR. JUSTICE TELLER, MR. JUSTICE DENISON and MR. JUSTICE BURKE concur in the conclusion.